



## MEMORANDUM OPINION

No. 04-09-00661-CV

**TUESDAY MORNING, INC.,**
and Tuesday Morning Corp. d/b/a Delaware TMC Corp.,
Appellants

v.

Rosalinda **LIBERATORE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-21120
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:   Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  August 11, 2010

REVERSED and REMANDED

The parties have filed a "Joint Motion to Set Aside Judgment Pursuant to Settlement" stating they have reached a settlement, and requesting that we set aside the trial court's default judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.  The motion is granted.  The judgment of the trial court signed on June 23, 2009 is reversed, and the cause is remanded to the

trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM